IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAVEN FREDERICK-HOLMES,<br><br>    Defendant. | 8:15CR306<br><br>**ORDER** |

  Defendant Raven Frederick-Holmes appeared before the court on Friday, September 30, 2016 on a Petition for Warrant or Summons for Offender Under Supervision [4]. The defendant was represented by Assistant Federal Public Defender Michael J. Hansen, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

  I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

  **IT IS ORDERED:**

  1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on December 1, 2016 at 9:00 a.m. Defendant must be present in person.

  2. The defendant is released on current conditions of supervision.

  Dated this 3rd day of October, 2016

              BY THE COURT:

              s/ F.A. Gossett, III
              United States Magistrate Judge